**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Edward McClendon, a minor by his mother and guardian Juwan Wilson, and Collin McClendon
v.

City of Chicago, et al.

Case Number:

```
FILED: MAY 16, 2008
08CV2866   RCC
JUDGE ST.EVE
MAGISTRATE JUDGE COLE
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print)<br>Edward M. Fox |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Edward M. Fox |
| FIRM<br>Ed Fox & Associates |
| STREET ADDRESS<br>300 W. Adams Street, Suite 330 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER(SEE ITEM 3 IN INSTRUCTIONS)<br>6205330 | TELEPHONE NUMBER<br>(312) 345-8877 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |