**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EDWARD McCLENDON, et al. vs. CHICAGO HEIGHTS and Chicago Heights Police Officer Kirby and other Unknown and Unnamed Officer | Case Number: 08 CV 2866 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CITY OF CHICAGO HEIGHTS

| | |
|---|---|
| NAME (Type or print)<br>ANTHONY C. SCREMENTI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ ANTHONY C. SCREMENTI | |
| FIRM<br>CIFELLI, SCREMENTI, CIFELLI & SCREMENTI, LTD. | |
| STREET ADDRESS<br>1010 Dixie Highway, Suite 212 | |
| CITY/STATE/ZIP<br>Chicago Heights, IL 60411 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02534851 | TELEPHONE NUMBER<br>(708) 754-6200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |