# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Edward McClendon, a minor by his mother and guardian Juwan Wilson, and Collin McClendon,** )<br>)<br>)<br>Plaintiffs,    )<br>)<br>)<br>vs.    )<br>)<br>CHICAGO HEIGHTS, and Chicago Heights Police )<br>Officer Kirby and other Unknown and Unnamed )<br>Officer,    )<br>)<br>Individually,    )<br>Defendants,    ) | Case No. 08 C 2866<br><br>JUDGE ST. EVE |

## NOTICE OF FILING

**TO**:   **Anthony C. Scrementi** , CIFELLI, SCREMENTI, CIFELLI & SPINA, LTD., 1010 Dixie Highway, Suite 212, Chicago Heights, IL. 60411

   **PLEASE TAKE NOTICE** that on June 19, 2008, the undersigned electronically filed with the Clerk of this Court, the Joint Status Report service of which is being made upon you.

                                                                  S/Garrett Browne
                                                                  Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

   I hereby certify that on June 19, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                                                  /s/Garrett Browne
                                                                  Garrett Browne
                                                                  ED FOX & ASSOCIATES
                                                                  300 West Adams, Suite 330
                                                                  Chicago, IL 60606
                                                                  (312) 345-8877
                                                                  gbrowne@efox-law.com