**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Edward McClendon, et al.
                                     Plaintiff,

v.                                                 Case No.: 1:08−cv−02866
                                                        Honorable Amy J. St. Eve

Chicago Heights, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/25/2008 and continued to 8/27/08 at 8:30 a.m. Rule 26(a)(1) disclosures by 7/15/08. Written discovery to be issued by 7/22/08. Fact discovery to close 12/19/08. Plaintiffs'; expert disclosures by 1/30/09. Defendants' expert disclosures by 2/27/09. Expert discovery to close 3/31/09. Dispositive motions with supporting memoranda to be filed by 1/30/09.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.