## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Edward McClendon, et al.
                    Plaintiff,

v.                                          Case No.: 1:08–cv–02866
                                            Honorable Amy J. St. Eve

Chicago Heights, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/27/2008 and continued to 9/17/08 at 8:30 a.m. Plaintiff must respond to all outstanding written discovery by 9/15/08. Failure to do so could result in dismissal for failure to prosecute. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.